# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    KIMBERLY A MONTGOMERY  

Debtor(s)

Case No. 11-05601

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/14/2011.

2) The plan was confirmed on 05/13/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/24/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/28/2012, 09/24/2012.

5) The case was converted on 12/04/2012.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,740.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,640.03 |
| Less amount refunded to debtor | $212.50 |

**NET RECEIPTS:** $6,427.53

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,983.88 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $276.26 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,260.14

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFINITY CASH LOANS | Unsecured | 1,529.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| AFNI | Unsecured | 842.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |
| BOGGS & FILLENWARTH | Unsecured | 2,205.00 | 870.46 | 870.46 | 0.00 | 0.00 |
| CCRSERVICES | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CCRSERVICES | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CCRSERVICES | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| CENTRUE BANK | Unsecured | 1,384.29 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK NA | Unsecured | 726.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BRAIDWOOD | Unsecured | 910.74 | 910.74 | 910.74 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | NA | 50.17 | 50.17 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 86.00 | 386.39 | 386.39 | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 1,341.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SOLUTIONS CORP | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 832.00 | 2,164.30 | 2,164.30 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 1,261.00 | NA | NA | 0.00 | 0.00 |
| E CHECK INC | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| E CHECK INC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FEDCHEX | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST BANK | Unsecured | 1,163.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| FRIENDLY FINANCE CORP | Unsecured | NA | 1,045.16 | 1,045.16 | 0.00 | 0.00 |
| FRIENDLY FINANCE CORP | Secured | 12,767.00 | 12,767.00 | 12,767.00 | 2,054.95 | 1,112.44 |
| H&F LAW | Unsecured | 1,255.00 | NA | NA | 0.00 | 0.00 |
| H&F LAW | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 4,750.00 | 4,733.13 | 4,733.13 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| MFG FINANCIAL | Unsecured | 3,316.00 | NA | NA | 0.00 | 0.00 |
| MFG FINANCIAL | Unsecured | 7,005.00 | 17,641.82 | 17,641.82 | 0.00 | 0.00 |
| MIDWEST HEART SPECIALISTS | Unsecured | 130.00 | 130.00 | 130.00 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 901.00 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTI | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 902.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL SERVICE BUREAU | Unsecured | 1,196.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| PARTNERS COL | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| RWDS | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE CO | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 445.00 | 446.00 | 446.00 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 246.00 | 246.09 | 246.09 | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT RECOVERY LLC | Unsecured | NA | 812.46 | 812.46 | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 677.00 | 677.50 | 677.50 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 558.00 | 558.95 | 558.95 | 0.00 | 0.00 |
| WOODFOREST BANK | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 290.00 | 300.00 | 300.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,767.00 | $2,054.95 | $1,112.44 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,767.00** | **$2,054.95** | **$1,112.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | $31,923.17 | $0.00 | $0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,260.14 |
| Disbursements to Creditors | $3,167.39 |
| **TOTAL DISBURSEMENTS :** | **$6,427.53** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/28/2012     By: /s/ Glenn Stearns
                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**